**Order entered April 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00360-CV

### RONALD SUTHERLAND, Appellant

### V.

### HEATHER MICHELLE MAUM NEE BEAM, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16303**

## ORDER

By postcard notice dated March 27, 2019, this Court instructed appellant to pay this Court's $205 filing fee within ten days. Before the Court is appellant's April 8, 2019 motion for an extension of time to pay the filing fee.

After our notice was sent, the clerk's record was filed, containing a copy of an affidavit of inability to pay costs appellant had filed. Because appellant filed an affidavit of inability, he is not required to pay costs in this Court. *See* TEX. R. APP. P. 20.1(b)(1). Accordingly, we **DENY** appellant's motion as moot.

The record before this Court is complete. Appellant shall file his brief by **May 13, 2019**.

/s/     BILL WHITEHILL
         JUSTICE